IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIANA GROTENDORST,

        Plaintiff,

v.                                                             CV 08-628 CEG

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER OF REMAND

THIS MATTER is before the Court on the *Order and Judgment* of the Tenth Circuit Court of Appeals (Doc. 24), which reversed the judgment of this Court and directed that the case be remanded to the Commissioner for further proceedings.

**IT IS THEREFORE ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the Order and Judgment in *Grotendorst v. Astrue*, No. 09-2132 (10th Cir. Mar. 22, 1010).

**IT IS SO ORDERED.**

                                                    **THE HONORABLE CARMEN E. GARZA**
                                                    **UNITED STATES MAGISTRATE JUDGE**